# RUBINSTEIN & COROZZO, LLP
COUNSELORS AT LAW

RONALD RUBINSTEIN
JOSEPH R. COROZZO

BRIANA L. HERMAN

**FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 23 2006 ★
BROOKLYN OFFICE**

360 MADISON AVENUE
22ND FLOOR
NEW YORK, N.Y. 10016

TELEPHONE (212) 545-8777
FAX (212) 679-1844

February 17, 2006

**VIA FACSIMILE 718-260-2457**
The Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

Granted
So ordered
s/John Gleeson
JG
2/17/06

Re: United States v. Michael Dolphin
Dkt. No. 00-CR-413
01

Dear Judge Gleeson:

I write to request permission for Michael Dolphin to travel to County Sligo, Ireland to attend the funeral of his aunt and father's sister, Mariah Hynes who died on February 15, 2006 at the age of 80. The funeral is to take place on Monday, February 20, 2006 with the wake preceding on February 18 and 19. This Court sentenced Mr. Dolphin to thirty-three months imprisonment on November 1, 2002. Mr. Dolphin entered a halfway house on July 12, 2004, and he has been on supervised release since April of 2005.

Should the Court grant permission Mr. Dolphin would depart on Saturday, February 18, 2006 on Aer Lingus Flight 104 departing from JFK Airport at 6 p.m. and arrive at Dublin Airport at 5:30 a.m. on February 19 local time. Mr. Dolphin would return on Thursday, February 23 from Shannon Airport on Aer Lingus Flight 145 at 1:45 p.m. local time and arrive at JFK airport at 4:30 p.m.

U.S. Probation Officer Yara Suarez has no objection to the request. The Assistant U.S. Attorney assigned to the case, Leonard Lato, is no longer with the U.S. Attorney's Office.

Respectfully submitted,

Ronald Rubinstein /BH

Ronald Rubinstein

cc: USPO Yara Suarez (via facsimile)

RUBINSTEIN & COROZZO, P.C.
260 MADISON AVENUE
NEW YORK, NEW YORK 10016
(212) 545-8777
(212) 679-1844 (FAX))

# facsimile transmittal

| To: | The Honorable John Gleeson | Fax: | ~~718-260-2457~~  718 613 2456 |
|---|---|---|---|
| From: | Ronald Rubinstein | Date: | 2/17/06 |
| Re: | *United States v. Michael Dolphin*, Dkt. No. 01-CR-413 | Pages: | 2 |
| CC: | USPO Yara Suarez |  | 347-534-3680 |

☐ Urgent     ☐ For Review     ☐ Please Comment     ☐ Please Reply     ☐ Please Recycle

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS INTENDED ONLY
FOR THE USE OF THE INDIVIDUALS TO WHOM IT IS ADDRESSED AND MAY CONTAIN
INFORMATION THAT IS PRIVILEGED AND CONFIDENTIAL, THE DISCLOSURE OF
WHICH IS PROHIBITED BY LAW. IF THE READER OF THIS MESSAGE IS NOT THE
INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION,
DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF
YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US
IMMEDIATELY BY TELEPHONE AT (212) 545-8777.
THANK YOU.